UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VENDOR RESOURCE MANAGEMENT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| VS. | ) | 3:13-CV-2892-G (BN) |
| | ) | |
| CINDY HERNANDEZ AND ALL OCCUPANTS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  Defendants filed objections, and the district court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made.  The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.  Plaintiff's Motion to Remand (docket entry 9) is **GRANTED**.

**SO ORDERED**.

September 26, 2013.

A. JOE FISH
**Senior United States District Judge**